JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

SEP -2 92

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 937

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PRECIOUS METALS DEALERS/JEFFERSON NATIONAL BANK SECURITIES LITIGATION

*BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN,\* MILTON POLLACK, LOUIS H. POLLAK, ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL*

*William Bernhardt v. American Financial Reserve Corp., et al.,*
  C.D. California, C.A. No. 2:92-1832
*Willa M. Kashwer v. Jefferson National Bank, et al.,*
  N.D. Illinois, C.A. No. 1:91-7763

## ORDER DEEMING MOTION MOOT

This matter is before the Panel on motion of defendant Jefferson National Bank (JNB) to transfer, pursuant to 28 U.S.C. §1407, the action pending in the Central District of California to the Northern District of Illinois for coordinated or consolidated pretrial proceedings with the action pending there. All responding parties agree that centralization is appropriate, but disagree on the selection of the appropriate transferee court. The Illinois plaintiff supports centralization in the Illinois court, while the Central California plaintiffs suggest centralization in the Central California court. The Panel has also been notified that JNB has reached a settlement with plaintiffs in these two actions and asks that the Panel defer consideration of the Section 1407 motion pending final approval of this settlement.

In light of the Panel's order in *In re Precious Metals Securities Litigation*, MDL-941 (J.P.M.L. 1992) which centralizes the two actions in MDL-937 along with several other actions in the Central District of California, we find that this Section 1407 motion is now moot.

IT IS THEREFORE ORDERED that the Section 1407 motion in the above-captioned litigation is DEEMED MOOT.

FOR THE PANEL:

John F. Nangle
Chairman

---

\* Judge Dillin took no part in the decision of this matter.